# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. BITER, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-01370 DLB PC<br><br>ORDER CONSTRUING PLAINTIFF'S MOTION TO AMEND AS FIRST AMENDED COMPLAINT<br><br>[ECF No. 8] |

Plaintiff Guillermo Trujillo Cruz, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 2, 2014. Plaintiff consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c) on September 17, 2014.

On January 9, 2015, Plaintiff filed the instant pleading which is captioned as a motion to amend. Although captioned as a motion, the pleading presents as an amended complaint. Under Fed. R. Civ. P. 15(a), a party may amend its pleading once as a matter of course within 21 days after serving it. Here, the initial complaint has not yet been screened and served. Therefore, Plaintiff may amend his complaint as a matter of course.

///

///

///

1

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to amend is CONSTRUED as a First Amended Complaint. The Complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **February 11, 2015**      /s/ *Dennis L. Beck*
                                  UNITED STATES MAGISTRATE JUDGE