# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. BITER, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-01370 DLB PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR PRESENTATION OF EXHIBITS<br><br>[ECF No. 12] |

Plaintiff Guillermo Trujillo Cruz ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 2, 2014. The complaint is awaiting screening.

On March 4, 2015, Plaintiff filed a "Motion for Presentation of Exhibits." He attaches various exhibits such as police reports that do not appear to relate to his original allegations. Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). In this case, a responsive pleading has not been served and Plaintiff has not previously amended his complaint. Therefore, Plaintiff may file an amended complaint without leave of the court.

In addition, Plaintiff is advised that Local Rule 220 requires that an amended complaint be

complete in itself without reference to any prior pleading.  As a general rule, an amended complaint supersedes the original complaint.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Once Plaintiff files an amended complaint, the original pleading no longer serves any function in the case.  Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each Defendant must be sufficiently alleged.

   Plaintiff's motion to file exhibits is DISREGARDED and the Clerk of Court is instructed to return the documents to Plaintiff.  Plaintiff is advised that he may file an amended complaint if he so chooses and attach relevant exhibits, but the Court will not docket exhibits separately.

IT IS SO ORDERED.

   Dated:   **March 11, 2015**                    /s/ *Dennis L. Beck*
                                                  UNITED STATES MAGISTRATE JUDGE