# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>  Plaintiff,<br><br>  v.<br><br>M. BITER, et al.,<br><br>  Defendants. | Case No. 1:14-cv-01370 DLB PC<br><br>ORDER CONSTRUING PLAINTIFF'S AMENDED COMPLAINT AS A MOTION TO AMEND AND AMENDED COMPLAINT<br>[ECF No. 13]<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND |

Plaintiff Guillermo Trujillo Cruz, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 2, 2014. Plaintiff consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c) on September 17, 2014.

On January 9, 2015, Plaintiff filed a pleading captioned as a motion to amend. Although captioned as a motion, the pleading presented as an amended complaint. Therefore, on February 11, 2015, the Court construed the filing as a First Amended Complaint. Under Fed. R. Civ. P. 15(a), a party may amend its pleading once as a matter of course within 21 days after serving it. Since the initial complaint had not yet been screened and served, Plaintiff's amended complaint was filed as a matter of course.

On March 9, 2015, Plaintiff filed a pleading entitled First Amended Complaint. Insofar as the Court has already construed Plaintiff's earlier filing as a First Amended Complaint, the

Court will construe this new filing as a motion to amend and Second Amended Complaint. Since the Court has not yet screened the First Amended Complaint, the Court will grant Plaintiff's motion to file the Second Amended Complaint.

## ORDER

Accordingly, IT IS HEREBY ORDERED:

1) Plaintiff's First Amended Complaint (ECF No. 13) is CONSTRUED as a motion to file a Second Amended Complaint and as a Second Amended Complaint;

2) Plaintiff's motion to file a Second Amended Complaint is GRANTED, and the Court CONSTRUES Plaintiff's First Amended Complaint (ECF No. 13) as a Second Amended Complaint. The Second Amended Complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **March 20, 2015**        /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE