UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>    Plaintiff,<br><br>  v.<br><br>BITER, et al.,<br><br>    Defendants. | 1:14-cv-01370-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR THE DENIAL OF PLAINTIFF'S DUE PROCESS RIGHTS<br>(ECF NO. 22) |

    Guillermo Trujillo ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The case is now proceeding on Plaintiff's Third Amended Complaint. (ECF No. 17).

    On October 28, 2016, Plaintiff filed a motion for the denial of [Plaintiff's] due process rights ("the Motion"). (ECF No. 22). According to Plaintiff, a prison official was preventing Plaintiff from making copies. This allegedly prevented Plaintiff from following the Court's order (ECF No. 21) requiring Plaintiff to provide the Court with four copies of the Third Amended Complaint.

    The Court notes that on October 31, 2016, the appropriate service documents were sent to the United States Marshal for service, including four copies of the Third Amended Complaint. (ECF Nos. 23 & 24). Therefore, the Motion will be denied as moot.

    Accordingly, it is HEREBY ORDERED Plaintiff's motion for the denial of [Plaintiff's] due process rights is DENIED as moot.
IT IS SO ORDERED.

    Dated: **November 7, 2016**        /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE