UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>GOMEZ, et al.,<br><br>    Defendants. | 1:14-cv-01370-EPG (PC)<br><br>ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND MOTION FOR COURT ORDER ALLOWING LIMITED DISCOVERY (ECF NOS. 28 & 29)<br><br>ORDER FOR OFFICE OF THE ATTORNEY GENERAL TO ADDRESS RESPONSE TO SERVICE ON DEFENDANT JUAREZ |

    Guillermo Trujillo ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On February 16, 2016, Plaintiff filed the Third Amended Complaint. (ECF No. 17). The Court screened Plaintiff's Third Amended Complaint pursuant to 28 U.S.C. § 1915A and found cognizable claims. (ECF No. 19). After the service documents were sent to Plaintiff (ECF No. 21) and returned (ECF No. 23), the Court ordered the United States Marshal Service ("the Marshal") to serve the defendants (ECF No. 24).

    The U.S. Marshal attempted to serve Defendant Juarez, but the summons was returned unexecuted. (ECF No. 26). According to the Marshal, the California Department of Corrections and Rehabilitation ("CDCR") informed the Marshal that defendant Juarez is no longer employed at the CDCR and did not leave a forwarding address. (Id.). The Court notified Plaintiff of this fact, and gave him 30 days to provide a valid address for defendant Juarez. (ECF No. 27).

    Plaintiff is now asking for an extension of that 30-day period (ECF No. 28), and for the opportunity to conduct limited discovery so that he can get defendant Juarez's address from the

CDCR (ECF No. 29).

In the interest of preserving resources and maximizing efficiency, the Court will first request the Office of the Attorney General to respond to Plaintiff's request for contact information for defendant Juarez in order to avoid formal discovery. In the event that the Office of the Attorney General does not provide sufficient information, the Court may grant Plaintiff's request for a third party subpoena for all documents regarding Defendant Juarez's contact information, which could include correspondence with Defendant, last known address, contact information for tax and pension information, telephone number and other contact information. (The Court recognizes that such documents may pose privacy issues, which would necessitate *in camera* review or sealing of documents.)

Therefore, the Office of the Attorney General shall respond to this request with any information that it has regarding Defendant Juarez's current whereabouts. If the Office of the Attorney General has concerns about providing defendant Juarez's personal information to Plaintiff, it may submit the information under seal so that the Court can arrange for service.

Accordingly, based on the foregoing, it is ORDERED that:

1. Plaintiff has sixty (60) days from the date of service of this order to complete and return the summons, the USM-285 form, and two (2) copies of the endorsed Third Amended Complaint;

2. Within twenty-one (21) days from the date of service of this order, the Office of the Attorney General shall provide Plaintiff and the Court with any contact information it or the CDCR has access to for defendant Juarez;[1] and

3. The Clerk of Court is directed to serve Supervising Deputy Attorney General Monica Anderson with:

    i. A copy of this order; and

---

[1] If the Office of the Attorney General has concerns about providing defendant Juarez's personal information to Plaintiff, it may submit the information *in camera* or under seal such that the Court can issue a relevant summons.

     ii. A copy of Plaintiff's motion for a court order allowing limited discovery (ECF No. 29).

IT IS SO ORDERED.

Dated:  **December 22, 2016**    /s/ *Erica P. Grosjean*
                 UNITED STATES MAGISTRATE JUDGE