UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOMEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-01370-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO FOR DISCOVERY WITHOUT PREJUDICE<br><br>(ECF NO. 39) |

　　　Guillermo Trujillo ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.   The Court screened Plaintiff's Third Amended Complaint pursuant to 28 U.S.C. § 1915A and found cognizable claims. (ECF No. 19). On January 20, 2017, Plaintiff filed a motion for discovery (ECF No. 39), which is now before the Court.

　　　Plaintiff's motion will be denied as both premature.  Plaintiff's motion for a non-defendant[1] to produce documents.  While the Court has allowed limited discovery for service purposes (ECF No. 30), discovery has not yet been opened. (See ECF No. 3, p. 4).  The parties are currently required to provide initial disclosures as provided in the January 11, 2017 order (ECF No. 35).  The Court will discuss further discovery at the initial scheduling conference scheduled for May 24, 2017 at 2:00 pm.

　　　The Court notes that once discovery has been opened, Plaintiff does not need to file a motion for discovery if he is seeking documents from Defendants.  Instead, "[d]iscovery requests

---

[1] It appears that Plaintiff's motion is directed at a "c/o Hithe," who is not a defendant in this case.

1

must be served directly on the attorney for the party from whom discovery is sought." (Id.). "If a response to discovery is found to be unsatisfactory, the party seeking discovery may file a motion to compel a further response and in that case must include a copy of the discovery propounded and the response to it.  Fed. R. Civ. P. 37.  A motion to compel must be accompanied by 'a certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action.'  Fed. R. Civ. P. 37(a)(1).  A discovery motion that does not comply with applicable rules may be stricken and may result in imposition of sanctions."  (Id. at pgs. 4-5).

Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff's motion for discovery (ECF No. 39) is denied without prejudice.

IT IS SO ORDERED.

Dated:   **January 23, 2017**                          /s/ Erica P. Grosjean
                                                       UNITED STATES MAGISTRATE JUDGE