# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO, | 1:14-cv-01370-LJO-EPG (PC) |
|       Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR PERMISSION TO FILE EXHIBITS (ECF NO. 48) |
|    v. | |
| GOMEZ, et al., | |
|       Defendants. | |

Guillermo Trujillo ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the complaint commencing this action on September 2, 2014.  (ECF No. 1).  The complaint has been screened (ECF No. 19) and two of the defendants have filed an answer (ECF No. 34).

On January 25, 2017, Plaintiff filed a "motion to produce exhibit's [sic] to the Courts under Rule 138(d)."  Plaintiff asks for permission to submit exhibits.  Plaintiff's motion will be denied because there is currently no need for Plaintiff to submit exhibits.  Because the need may arise later, the Court will order that the exhibits be sent back to Plaintiff.

Accordingly, IT IS ORDERED that Plaintiff's "motion to produce exhibit's [sic] to the Courts under Rule 138(d)" is DENIED, without prejudice to the exhibits being filed at a later date.

\\\

1

IT IS FURTHER ORDERED that the Clerk of Court is directed to send the exhibits back to Plaintiff.

IT IS SO ORDERED.

Dated:   **January 27, 2017**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE