1
2
3
4      UNITED STATES DISTRICT COURT
5      EASTERN DISTRICT OF CALIFORNIA
6
7  GUILLERMO CRUZ TRUJILLO,           1:14-cv-01370-LJO-EPG (PC)
8          Plaintiff,                 ORDER GRANTING PLAINTIFF'S MOTION FOR COPY OF COMPLAINT AND USM-285 FORM
9      v.
10  GOMEZ, et al.,                    (ECF NO. 53)
11          Defendants.               ORDER DIRECTING CLERK TO SEND PLAINTIFF A USM-285 FORM AND A COPY OF THE COMPLAINT FILED ON FEBRUARY 16, 2016
12
13
14                                    (ECF NO. 17)
15
16         Guillermo Cruz Trujillo ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This case is currently proceeding on Plaintiff's Third Amended Complaint, which was filed on February 16, 2016. (ECF No. 17).

         On February 6, 2017, Plaintiff filed a motion requesting a USM-285 Form and a copy of the Third Amended Complaint.  (ECF No. 53).  Plaintiff states that these documents were not attached when he received the Court's order to complete and return the service documents.

         Because Plaintiff needs these documents in order to complete and return the documents necessary for service of process, the Court will grant Plaintiff's motion.  The Court notes that when Plaintiff completes the summons and USM-285 form, he is to omit the address for defendant Juarez.  (ECF No. 38, p. 2).

///

///

1

Accordingly, IT IS ORDERED that the Clerk of Court is directed to SEND Plaintiff one (1) USM-285 form and a copy of the Third Amended Complaint filed on February 16, 2016 (ECF No. 17).

IT IS SO ORDERED.

Dated:   **February 7, 2017**              /s/ *Erica P. Grosjean*
                                          UNITED STATES MAGISTRATE JUDGE