# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>Plaintiff,<br><br>v.<br><br>GOMEZ, et al.,<br><br>Defendants. | Case No. 1:14-cv-01370-LJO-EPG (PC)<br><br>ORDER GRANTING MARSHAL'S REQUEST FOR REIMBURSEMENT OF COSTS FOR SERVICE<br><br>(ECF NOS. 68, 69, & 71) |

Guillermo Trujillo ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. This case now proceeds on Plaintiff's Third Amended Complaint (ECF No. 17) against defendants Gomez, Juarez, and Fernandez for excessive force in violation of the Eighth Amendment. (ECF Nos. 19, 20, & 21). On February 14, 2017, the Court ordered the United States Marshal Service ("the Marshal") to serve process on defendant Juarez. (ECF No. 60).

On May 1, 2017 the Marshal filed a USM-285 form indicating that on April 25, 2017, personal service was effected upon defendant Juarez. (ECF No. 68). That same day the Marshal filed a request for a court order requiring defendant Juarez to reimburse the costs incurred by the Marshal for personal service, pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure. (ECF No. 69). According to the Marshal, the cost of personal service was $64.21. (ECF Nos. 68 & 69). Because the Marshal did not indicate whether defendant Juarez failed to waive service (which is required for reimbursement under Rule 4(d)(2)), on May 8, 2017, the Court gave the Marshal fourteen days to provide evidence that defendant Juarez failed to waive service (ECF No.

1

70). On May 18, 2017, the Marshal filed a copy of the letter it sent to defendant Juarez. (ECF No. 71, p. 3). The letter asked defendant Juarez to waive service, and warned him that if he did not he could be required to pay the full costs of personal service. (Id.).

Because defendant Juarez is apparently located in the United States, did not waive service, and failed to show good cause as to why he did not waive service, the Court will grant the Marshal's request.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendant Juarez is to pay the Marshal $64.21; and
2. The Marshal is directed to serve a copy of this order on defendant Juarez by mail to the address that the Marshal sent the request for waiver of service to.[1]

IT IS SO ORDERED.

Dated: **May 22, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is not providing defendant Juarez's address in this order due to security and privacy concerns. (See ECF Nos. 30 & 37). Additionally, defendant Juarez has not yet appeared in the case, despite the deadline for filing a responsive pleading passing (ECF No. 68), so the Court is not aware of his preferred address for mailing.