# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>GOMEZ, et al.,<br><br>    Defendants. | Case No. 1:14-cv-01370-LJO-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SQUASH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR NON-EXHAUSTION<br><br>(ECF NO. 79) |

      Guillermo Cruz Trujillo ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On July 5, 2017, Plaintiff filed a motion to squash Defendants' motion for summary judgment for non-exhaustion. (ECF No. 79).

      Plaintiff's motion states that Plaintiff needed to file a motion with an explanation concerning non-exhaustion of administrative remedies prior to filing this action. Plaintiff states that he has exhausted his administrative remedies, and attaches evidence that appears to be related to the issue of exhaustion. Plaintiff asks that the Court "Squash Defendant's [sic] Motion for Summary Judgment For Non-Exhaustion."

      Plaintiff's motion will be denied. Defendants have not yet filed a motion for summary judgment. The Court did not order Plaintiff to show that he exhausted his available administrative remedies, and there is no requirement that Plaintiff do so. If Defendants do file a motion for summary judgment for failure to exhaust administrative remedies, Plaintiff may file an opposition, and he may submit all relevant evidence at that time.

      Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff's motion to squash

1

Defendants' motion for summary judgment for non-exhaustion is DENIED.

IT IS SO ORDERED.

Dated: **July 6, 2017**

/s/ *Eric P. Grosjean*
UNITED STATES MAGISTRATE JUDGE