# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>    Plaintiff,<br><br>  v.<br><br>GOMEZ, et al.,<br><br>    Defendants. | Case No. 1:14-cv-01370-LJO-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION REGARDING FINDINGS AND RECOMMENDATIONS<br><br>(ECF NO. 93) |

Guillermo Cruz Trujillo ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On February 12, 2018, Plaintiff filed a motion regarding findings and recommendations. (ECF No. 93).

It is not clear what relief Plaintiff is seeking in this motion. Plaintiff appears to be arguing that the Court erred in granting his extension of time to file his objections to the findings and recommendations that were issued on December 26, 2017, because he had already filed his objections by the time the extension was granted.

However, the Court has not received Plaintiff's objections to the findings and recommendations that were issued on December 26, 2017 (ECF No. 89). Therefore, Plaintiff's motion will be denied, but the Court will grant Plaintiff twenty-one days to file (or re-file) objections to the findings and recommendations.

Accordingly, Plaintiff's motion regarding findings and recommendations is DENIED. Plaintiff has twenty-one days from the date of service of this order to file objections to the

1

findings and recommendations issued on December 26, 2017.

IT IS SO ORDERED.

Dated: **February 15, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE