# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>GOMEZ, et al.,<br><br>    Defendants. | Case No. 1:14-cv-01370-LJO-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF NOS. 17, 19, & 89) |

Guillermo Trujillo ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 26, 2017, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that all claims and defendants, except for Plaintiff's claims against Officers Gomez, Juarez, and Fernandez for excessive force in violation of the Eighth Amendment, be dismissed. (ECF No. 89, p. 8).

The parties were provided an opportunity to file objections to the findings and recommendations. On February 20, 2018, Plaintiff filed his objections. (ECF No. 96). Defendants did not object.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on December 26,

2017, are ADOPTED IN FULL; and

2. All claims and defendants, except for Plaintiff's claims against Officers Gomez, Juarez, and Fernandez for excessive force in violation of the Eighth Amendment, be DISMISSED.

IT IS SO ORDERED.

Dated: **March 5, 2018**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE