UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>GOMEZ, et al.,<br><br>    Defendants. | Case No. 1:14-cv-01370-LJO-EPG (PC)<br><br>NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THAT THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF NO. 109)<br><br>**As to Guillermo Cruz Trujillo, # AA-2974** |

An evidentiary hearing in this case commenced on June 29, 2018, at 10:00 a.m., and Plaintiff Guillermo Cruz Trujillo, prisoner, has given testimony before the Court. Inmate witness **Guillermo Cruz Trujillo, # AA-2974**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus *ad testificandum* as to this inmate, issued on June 7, 2018, is HEREBY DISCHARGED.

IT IS SO ORDERED.

    Dated: **June 29, 2018**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE